# IN THE UNITED STATES DISTRICT COURT FOR THE WESTERN DISTRICT OF NORTH CAROLINA
## CHARLOTTE DIVISION
### CASE NO. 3:10-CV-00121-DCK

| | |
|---|---|
| AEGIS CAPITAL FUND, LLC, | )<br>) |
| Plaintiff, | )<br>) |
| v. | )     **ORDER**<br>) |
| REGENESIS POWER, LLC, | )<br>) |
| Defendant. | )<br>) |

**THIS MATTER IS BEFORE THE COURT** on the "Joint Motion To Stay Deadlines In Pretrial Order And Case Management Plan And Plaintiff's Deadline To File Reply Brief" (Document No. 29) filed October 28, 2010. The parties have consented to Magistrate Judge jurisdiction pursuant to 28 U.S.C. § 636(c), and immediate disposition is appropriate. Having carefully considered the Motion, and noting consent of the parties, and for good cause shown, the undersigned will <u>grant</u> the motion.

The parties now report that they have reached an agreement in principle to resolve their disputes. The Court commends the parties on their efforts to resolve this matter.

**IT IS, THEREFORE, ORDERED** that the "Joint Motion To Stay Deadlines In Pretrial Order And Case Management Plan And Plaintiff's Deadline To File Reply Brief" (Document No. 29) is **GRANTED**.

**IT IS FURTHER ORDERED** that the parties shall file all documents necessary to effectuate the settlement of this case, or failing that a proposed new schedule for the litigation, on or before **November 30, 2010**.

Signed: October 29, 2010

David C. Keesler
United States Magistrate Judge